DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.S.,** the father,
Appellant,

v.

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES** and the
**GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D18-3493

[May 23, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 2013-1320 CJ-DP.

Sean Conway of Sean Conway Law Firm, P.A., Fort Lauderdale, for appellant.

Laura Lee and Thomasina Moore, Tallahassee, for appellee Guardian ad Litem Program.

Ashley B. Moody, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Fort Lauderdale, for appellee Florida Department of Children and Families.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***